# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ESTATE OF GLORIA DECKARD, DAVID I. GRUNFELD, ADMINISTRATOR AD LITEM, T/A BEER HUT, | : | No. 651 MAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| ACME MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 850 MAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 830 MAL 2015 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |

v. :
:
:
:
:
PENNSYLVANIA LIQUOR CONTROL :
BOARD, :
:
Respondent :
:
NICK, CFM, LLC, :
:
Intervenor :

MECHANICSBURG DISTRIBUTING, INC. : No. 849 MAL 2015
AND 6485 CARLISLE PIKE :
ASSOCIATES, L.P., :
:
: Petition for Allowance of Appeal from
Petitioners : the Order of the Commonwealth Court
:
:
:
v. :
:
:
:
PENNSYLVANIA LIQUOR CONTROL :
BOARD, :
:
Respondent :
:
GIANT FOOD STORES, LLC, :
:
Intervenor :

MALT BEVERAGE DISTRIBUTORS : No. 851 MAL 2015
ASSOCIATION, :
:
: Petition for Allowance of Appeal from
Petitioner : the Order of the Commonwealth Court
:
v. :
:
:
PENNSYLVANIA LIQUOR CONTROL :
BOARD, :
:
Respondent :
:

WEIS MARKETS, INC.,                          :
                                             :
                    Intervenor               :

MALT BEVERAGE DISTRIBUTORS                   :   No. 852 MAL 2015
ASSOCIATION AND DERR                         :
ENTERPRISES, INC.,                           :
                                             :
                                             :   Petition for Allowance of Appeal from
                    Petitioners              :   the Order of the Commonwealth Court
                                             :
                                             :
          v.                                 :
                                             :
                                             :
                                             :
PENNSYLVANIA LIQUOR CONTROL                  :
BOARD,                                       :
                                             :
                    Respondent               :
                                             :
WEIS MARKETS, INC.,                          :
                                             :
                    Intervenor               :

DUFFER'S BEVERAGE, LLC,                      :   No. 853 MAL 2015
                                             :
                    Petitioner               :
                                             :   Petition for Allowance of Appeal from
                                             :   the Order of the Commonwealth Court
          v.                                 :
                                             :
                                             :
PENNSYLVANIA LIQUOR CONTROL                  :
BOARD,                                       :
                                             :
                    Respondent               :
                                             :
WEIS MARKETS, INC.,                          :
                                             :
                    Intervenor               :

MALT BEVERAGE DISTRIBUTORS                   :   No. 854 MAL 2015
ASSOCIATION,                                 :
                                             :
                                             :
                    Petitioner               :   Petition for Allowance of Appeal from
                                             :   the Order of the Commonwealth Court
                                             :

|                                                    |   |                                                                      |
|----------------------------------------------------|---|----------------------------------------------------------------------|
| v.                                                 | : |                                                                      |
|                                                    | : |                                                                      |
|                                                    | : |                                                                      |
| PENNSYLVANIA LIQUOR CONTROL BOARD,                 | : |                                                                      |
|                                                    | : |                                                                      |
| Respondent                                         | : |                                                                      |
|                                                    | : |                                                                      |
| WEIS MARKETS, INC.,                                | : |                                                                      |
|                                                    | : |                                                                      |
| Intervenor                                         | : |                                                                      |
|                                                    |   |                                                                      |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION,            | : | No. 855 MAL 2015                                                     |
|                                                    | : |                                                                      |
| Petitioner                                         | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
|                                                    | : |                                                                      |
| v.                                                 | : |                                                                      |
|                                                    | : |                                                                      |
| PENNSYLVANIA LIQUOR CONTROL BOARD,                 | : |                                                                      |
|                                                    | : |                                                                      |
| Respondent                                         | : |                                                                      |
|                                                    | : |                                                                      |
| GIANT EAGLE, INC.,                                 | : |                                                                      |
|                                                    | : |                                                                      |
| Intervenor                                         | : |                                                                      |
|                                                    | : |                                                                      |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION AND STAR BEVERAGE, INC., | : | No. 115 MAL 2016                                          |
|                                                    | : |                                                                      |
|                                                    | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Petitioners                                        | : |                                                                      |
|                                                    | : |                                                                      |
| v.                                                 | : |                                                                      |
|                                                    | : |                                                                      |
| PENNSYLVANIA LIQUOR CONTROL BOARD,                 | : |                                                                      |
|                                                    | : |                                                                      |
| Respondent                                         | : |                                                                      |
|                                                    | : |                                                                      |
| OHIO SPRINGS, INC.,                                | : |                                                                      |
|                                                    | : |                                                                      |
| Intervenor                                         | : |                                                                      |

# <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 30th day of August  2016, the Petition for Allowance of Appeal is **DENIED**.